USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/23/2026

**Memorandum Endorsement**

Rodriguez v. Westchester County Department of Corrections
7:23-cv-05265-NSR

On July 15, 2025, the Court issued an opinion granting Defendants' motion to dismiss Plaintiff's Section 1983 claims and negligence claim without prejudice. (ECF No. 46.) Thereafter, Plaintiff filed a Third Amended Complaint ("TAC"). (ECF No. 47.) The County Defendants sought leave of Court to move to dismiss the TAC (ECF No. 48), to which Plaintiff responded. (ECF No. 49.) Upon due consideration, the County Defendant's application is granted as follows:

1. The County Defendants are directed to serve (not file) their moving papers on October 26, 2026;
2. Plaintiff is directed to serve (not file) his opposition papers on December 4, 2026; and
3. The County Defendants are directed to serve their reply papers (if any) on December 21, 2026.

As the motion papers are served, the parties are directed to mail a hard copy to chambers. Defendants is further directed to file all motion papers, including Plaintiff's, on the reply date, December 21, 2026.

Dated: September 23, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE